No. 93–839. VOSE, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS *v.* BOWLING. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–7039. RUSSELL *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.;

No. 93–7230. TREVINO *v.* TEXAS. Ct. Crim. App. Tex.;

No. 93–7322. LEWIS *v.* OHIO. Sup. Ct. Ohio;

No. 93–7386. SMITH *v.* ARIZONA. Super. Ct. Ariz., Pima County; and

No. 93–7682. LAMBRIGHT *v.* ARIZONA. Super. Ct. Ariz., Pima County. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins, ante,* p. 1143, I would grant certiorari and vacate the death sentences in these cases.

No. 93–798. BUCHBINDER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 1047;

No. 93–6255. STEINES ET UX. *v.* INTERNAL REVENUE SERVICE, *ante,* p. 1049; and

No. 93–6652. LAFFEY *v.* INDEPENDENT SCHOOL DISTRICT #625, *ante,* p. 1054. Petitions for rehearing denied.